IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD EUGENE JONES ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0145-CG-M |
| ) | |
| CHERYL PRICE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After due and proper consideration of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this habeas petition and is hereby **DISMISSED** as time barred. The court further finds that any certificate of appealability filed by Petition be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 3rd day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE